CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Juan Adolfo Felix-Mariscal**<br>DOB: 2000; Mexican Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>25-06452MJ |

Complaint for a violation of Title 18, United States Code, §§ 922(g)(5)(A) and 924(a)(8)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On July 10, 2025, at or near Tucson, AZ, in the District of Arizona, the defendant, **Juan Adolfo Felix-Mariscal**, knowing that he was an alien illegally or unlawfully in the United States, did knowingly possess in and affecting interstate or foreign commerce ammunition, to wit: one (1) Savage Axis .223 rifle and one (1) Beretta 92X 9mm pistol; all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On July 10, 2025, Homeland Security Investigations (HSI) Special Agents (SA), conducted Immigration Enforcement Operations on Interstate 10 near Marana, AZ. HSI special agents were conducting operations in this area looking for vehicles with unusual travel patterns from Mexico, or vehicles with Mexican License Plates that have travel patterns that are consistent with human, firearm or bulk cash smuggling. Historically, HSI SA's have previously encountered human smuggling and firearms smuggling along Interstate 10 near Marana, AZ, which is approximately 80 miles north of the Nogales Port of Entry. At approximately 11:45 a.m. HSI SA John Lake observed a red 4-door Ford Lobo (Mexican version of a Ford F150) pulling a U-Haul car trailer traveling in the middle lane of Interstate 10 (I-10), eastbound towards Tucson, AZ near Marana, Road and I-10. HSI SA John Lake observed a sole occupant in the vehicle as a male driver approximately 25-35 years of age. HSI SA John Lake observed the plate of the red Ford Lobo and noticed that it was a Mexican license plate, UK-23-110, from the Mexican State of Sonora. HSI SA John Lake also observed that the license plate appeared to be older and did not appear to have a "shine", or look like a newer Mexican License plate, that is frequently observed on individual's vehicles from Mexico that utilize border crossing cards or stay only a brief time in the United States.
HSI SA John Lake got behind the red Ford Lobo and ran records checks based on the license plate looking older or possibly fictious. Historically, firearms traffickers or human traffickers traveling from Phoenix, AZ utilize vehicles with fictious license plates to conceal the identity of the vehicle from law enforcement when traversing along interstates.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.*<br><br>COMPLAINT REVIEWED by AUSA *R. Arellano* | SIGNATURE OF COMPLAINANT<br>JOHN B LAKE  Digitally signed by JOHN B LAKE<br>Date: 2025.07.11 11:43:32 -07'00' |
|---|---|
| | OFFICIAL TITLE & NAME:<br><br>Special Agent John Lake, HSI |

*Digitally signed by RAQUEL ARELLANO Date: 2025.07.11 11:37:10 -07'00'*

Sworn to before me and subscribed in my telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 11, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2 of 3**

Reliable law enforcement databases revealed that the red Ford Lobo bearing Sonora plate UK-23-110 had last crossed inbound into the United States on December 20, 2023, through the Nogales Port of Entry. HSI SA John Lake also discovered that when the vehicle traveled into the United States there wasn't an I-94 document attached to the vehicles crossing which is needed for Border Crossers to travel into the interior of the United States. Based on the location of where HSI SA John Lake first observed the vehicle (Marana, AZ), HSI SA John Lake believed that the vehicle had been traveling from Casa Grande or Phoenix, AZ which is outside the 75 miles that's allowed for Border Crossing Card holders without obtaining an I-94 document.

HSI SA John Lake continued to follow the red Lobo along the I-10 interstate towards Tucson, AZ to observe the driver's behavior, and noticed that the driver was switching lanes frequently. HSI SA John Lake determined that based on training and previous past experiences, drivers that are trafficking firearms, bulk currency or illegal aliens typically have erratic driving behavior. At approximately 11:50 A.M. near the Avra Valley Road exit and I-10 East, HSI SA John Lake activated his emergency lights and siren to conduct a vehicle stop of the red Ford Lobo for the purposes of an Immigration Inspection on the male driver. Based on the driver's behavior, the proximity to the United States Border, and the last inbound crossing being approximately a year and half prior to July 10, 2025, HSI SA John Lake believed there was reasonable suspicion that the driver of the Ford Lobo was an overstay and possibly in the United States illegally.

HSI SA John Lake approached the Ford Lobo and identified himself as a Special Agent with Homeland Security Investigations. HSI SA John Lake asked the driver where he was from, and he replied that he was from Mexico. HSI SA John Lake then asked the driver whose truck it was that he was driving, and the driver replied and said it was his. HSI SA John Lake then questioned the driver if he had any documents to legally be in the United States. The driver replied that he had documents and handed an Arizona state Identification Card, Arizona State Driver's License and an Employment Authorization Document issued from the United States of America. The driver of the Ford Lobo was on the phone with a person whom he claimed was his wife. HSI SA John Lake explained to the female on the phone and the driver that the reason for the vehicle stop was due to the vehicle crossing into the United States over a year prior to July 10, 2025, and that HSI SA John Lake believed the driver may be out of status. HSI SA John Lake notified the driver he would conduct a few checks in law enforcement databases to verify his status to be in the United States legally.

All three forms of identification provided by the driver of the red Ford Lobo had the name **Juan FELIX-MARISCAL** with a date of birth of February, 2000. HSI John Lake conducted immigration checks on the name and date of birth provided by the driver and discovered that **FELIX-MARISCAL** had been previously arrested by United States Border Patrol Agents on December 21, 2021, for being in the United States without legal documentation, and for transporting illegal aliens near Casa Grande, AZ. HSI SA John Lake also discovered that **FELIX-MARISCAL** was subject to a redetermination of his release status and that HSI Special Agents had probable cause to arrest him on immigration violations.

Record queries through Department of Homeland Security databases confirmed **FELIX-MARISCAL** is a Mexican Citizen in active removal proceedings with the Executive Office of Immigration Review (EOIR) in Phoenix, AZ as a result of his previous release from custody in 2022. **FELIX-MARISCAL** is charged with being in the United States without having been admitted or paroled and has a current Notice to Appear before an Immigration Judge on December 11, 2025, in Phoenix, AZ.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

25-06452MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 3 of 3**

HSI SA Jorge Duran spoke to **FELIX-MARISCAL** and notified him that he would have to see an Immigration Judge for being out of status and that he would be arrested. While **FELIX-MARISCAL** was exiting the Ford Lobo, HSI SA Jorge Duran asked **FELIX-MARISCAL** if he had any firearms or knives on his person. FELIX-Mariscal responded that there was a pistol and A hunting rifle in the backseat of the truck. **FELIX-MARISCAL** stated that the firearms were his wife's and that she has a hunting permit.

Due to **FELIX-MARISCAL** being in the United States illegally and being prohibited from possessing firearms and ammunition, HSI SA John Lake searched the Ford Lobo incident to arrest to recover the firearms. HSI SA John Lake opened the passenger side rear door and saw in plain view, a located a Savage Axis .223 rifle with a Vortex Scope affixed to it bearing serial P922634 on the floor of the truck, a loaded Savage 223 rifle magazine with approximately 58 .223 rounds on the floorboard of the truck, and a loaded Beretta 92X 9mm pistol bearing serial 92X0049348 in the back passenger seat compartment.

At approximately 12:00 p.m. **FELIX-MARISCAL** was arrested by HSI SA John Lake and HSI SA Jorge Duran for being an illegal alien in possession of firearms and ammunition by a prohibited person and transported **FELIX-MARISCAL** to the Tucson ICE Country Club Office.

At approximately 2:09 p.m. HSI SA John Lake contacted the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Brett Adler and requested a verbal interstate nexus of both the Savage .223 rifle and Beretta 92X Pistol. ATF SA Brett Adler confirmed there was an interstate nexus on both firearms in that they were not manufactured in the State of Arizona.